No. 84–2026. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION v. PITTS. C. A. 8th Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in

light of *Lockhart* v. *McCree, ante,* p. 162.